IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL HEATH,**<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>**HUNTER ANGLEA,**<br><br>　　　　　　　Respondent. | Case No. 2:19-cv-1733-TLN-CKD (HC)<br><br>**ORDER** |

　　Respondent has filed a motion asking that Exhibit 2, attached to respondent's answer, be filed under seal. Petitioner has not opposed the motion. GOOD CAUSE APPEARING, it is hereby ordered that Exhibit 2 attached to respondent's answer (ECF No. 14), be filed under seal.

Dated: January 2, 2020

　　　　　　　　　　　　　　　　　　　_/s/ Carolyn K. Delaney_
　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

heat1733.sel