UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HEATH,<br><br>              Petitioner,<br><br>     v.<br><br>HUNTER ANGLEA,<br><br>              Respondent. | No. 2:19-cv-01733-TLN-CKD<br><br>**ORDER** |

       Petitioner Michael Heath ("Petitioner"), a state prisoner proceeding *pro se*, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On June 29, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 18.)  Neither party has filed timely objections to the findings and recommendations.

       Although it appears from the file that Petitioner's copy of the findings and recommendations was returned, Petitioner was properly served.  It is Petitioner's responsibility to keep the Court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.  E.D. Cal. L.R. 182(f).

///

1

1  The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed June 29, 2021 (ECF No. 18), are ADOPTED IN FULL;

2. Petitioner's Petition for a Writ of Habeas Corpus (ECF No. 1) is DENIED;

3. The Clerk of the Court is directed to close the case; and

4. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

IT IS SO ORDERED.

DATED: August 4, 2021

Troy L. Nunley
United States District Judge